NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MILOS PUACA,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-3173

---

Petition for review of the Merit Systems Protection Board in No. CH-0432-12-0595-I-1.

---

## ON MOTION

---

## O R D E R

Milos Puaca moves for a 60-day extension of time, until December 16, 2014, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                        PUACA v. DVA

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21